In the Matter of the Claim of ANNA MALLOY, Respondent, against CAULDWELL WINGATE Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 28, 1955; decided June 10, 1955.

*Ralph S. Stowell* and *Joseph D. Edwards* for appellants.

*Jacob K. Javits, Attorney-General* (*Harry Pastor, Henry S. Manley* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE and FULD, JJ. FROESSEL, VAN VOORHIS and BURKE, JJ., dissent and vote to reverse and to annul the award and to dismiss the claim upon the dissenting memorandum of HALPERN, J., in the Appellate Division.